[No. 10,620.—Department Two.]

THE PEOPLE v. MICHAEL TARPEY.

PLACE OF COMMITTING CRIME—EVIDENCE.—The defendant was convicted of the crime of robbery, alleged to have been committed at the City and County of San Francisco; but there was no evidence that the defendant committed the crime at said city and county.

*Held:* This is a sufficient ground for reversing the judgment and the order denying defendant's motion for a new trial.

APPEAL from a judgment of conviction, and from an order denying a new trial in the Superior Court of the City and County of San Francisco.

*C. B. Darwin,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The COURT:

The information charges that the crime of robbery was committed by the defendant at the City and County of San Francisco, to which the defendant pleaded "Not guilty." There is no evidence that the defendant did commit that crime at said city and county. It is not stated in the evidence where the crime was committed. This is a sufficient ground for reversing the judgment and order denying the defendant's motion for a new trial. (*People* v. *Fisher,* 51 Cal. 319.)

Judgment and order reversed, and cause remanded for a new trial.